27,760-01

Oct. 14, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk

ABEL ACOSTA, CLERK
TEXAS COURT OF CRIMINAL APPEALS
P.O. Box 12308, Capitol Station
Austin, Texas   78711


In re: Prior Art. 11.07 Writ filed


TO THE HON. ABEL ACOSTA, CLERK:

   In 1994 I filed my Art. 11.07 Writ of habeas Corpus into the Court of Criminal Appeals, Ex parte Charles E. Hutchins, Cause No. 19,306-A out of Liberty County, Texas. I remember that the CCA entered a decision in 1995, yet I do not remember the Writ Number issued by the Clerk's office at that time.

   At this time I am requesting to know if there is any way that I can obtain the Writ number, decision entered and the date the Court so entered this action. I am filing for an out-of-time §2254 Writ into the federal court on this matter since it seems this is not going to leave me alone otherwise.

   I thank you for your time in this matter.

Respectfully requested,

/s/ Charles E. Hutchins

Charles E. Hutchins   612129
C.T. Terrell Unit
1300 FM 655
Rosharon, Texas   77583




Dated & documented